(*Superior Court of Cook County.*)

## Anonymous.

PRACTICE. 1. Leave to reply double—Replication *de injuria*, when
allowable. 2. Notice of motion—When necessary.

COUNSEL: I ask leave to reply double.

GARY, J.: Have you given any notice of the application to
reply double?

COUNSEL: You gave me leave to reply.

GARY, J.: I gave you leave to reply, but that was not a
*double application.* Why don't you reply generally? The
replication *de injuria* would be applicable in that case. Look
in Smith's Leading Cases as to the replication *de injuria* as
to the action of assumpsit. *Crogate's Case,* 1 Smith's Lead.
Cas. part I, pp. 247–262. I don't make any order without

notice to the other side. I don't give leave to reply double without notice. Whenever there is necessity to apply to the court there must be notice to the other side.